the obstruction of the flow of surface water, caused by the presence of the railroad embankment, and this, as we have seen, is not actionable.

The judgment is reversed.

MESSRS. JUSTICES WATTS, COTHRAN and MARION concur.

MR. CHIEF JUSTICE GARY did not participate.

---

11268

### MURPH v. CLIFTON MFG. CO.
(118 S. E., 923)

CHATTEL MORTGAGES: Insertion of number of acres and the boundaries of a farm constitute a compliance with Sec. 4103; 1 Civil Code 1912, requiring the description in a chattel mortgage to be written.

Before BOWMAN, J., Spartanburg, September, 1922. Affirmed.

Action by C. A. Murph against Clifton Manufacturing Co. Judgment for plaintiff and defendant appeals.

In this case a printed form of chattel mortgage was used with blanks in which had been inserted in writing the name of the mortgagee, the kinds of crops covered, the number of acres and the name of the farm and of the lands bounding it.

*Messrs. Bomar, Osborne & Brown,* for appellant, cite: *"Description of property" defined:* 100 S. C., 18.

*Messrs. Perrin & Tinsley,* for respondent, cite: *Case governed by* 87 S. C., 535.

July 16, 1923.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

It is only necessary to cite the case of *State v. Perry,* 87 S. C., 535; 70 S. E., 304, to show that the appeal herein cannot be sustained.

Affirmed.